UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTYOM GHUKASYAN,

                        Petitioner,

           v.

TODD BLANCHE[1] et al,

                     Respondent.

Case No. 5:26-cv-00988-DOC-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition; directing Respondents to restore the terms and conditions of Petitioner's release to those in place prior to his arrest on August 20, 2025; directing Respondents that before revoking Petitioner's release, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and

---

[1] Todd Blanche is substituted in for Pamela Bondi pursuant to Federal Rule of Civil Procedure 25(d).

that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community; and directing that before increasing the amount or conditions of Petitioner's release, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proof to show by clear and convincing evidence that there is material change in circumstances that require increased conditions or amount.

Dated: June 23, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge

2