UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTYOM GHUKASYAN,

Petitioner,

v.

TODD BLANCHE[1] et al,

Respondent.

Case No. 5:26-cv-00988-DOC-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to restore the terms and conditions of Petitioner's release to those in place prior to his arrest on August 20, 2025.

It is **ORDERED** that before revoking Petitioner's release, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.

---

[1] Todd Blanche is substituted in for Pamela Bondi pursuant to Federal Rule of Civil Procedure 25(d).

It is further **ORDERED** that before increasing the amount or conditions of Petitioner's release, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proof to show by clear and convincing evidence that there is material change in circumstances that require increased conditions or amount.

Dated: June 23, 2026

_David O. Carter_

HONORABLE DAVID O. CARTER
United States District Judge

2